**Fill in this information to identify the case:**

Debtor 1 Maximo Arturo Arriola

Debtor 2 ____________________
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number 6:23-bk-14028-SY

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC

**Court claim no**. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 5 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2024

**New total payment:**
Principal, interest, and escrow, if any: $ 2,199.26

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________
New Escrow Payment includes: Escrow ($604.51) and Shortage ($7.70)

**Current escrow payment:** $ 603.23 **New escrow payment:** $ 612.21

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________

**Current interest rate:** _______% **New interest rate:** _______%

**Current principal and interest payment:** $ _______ **New principal and interest payment:** $ _______

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ _______ **New mortgage payment:** $ _______

Debtor 1 Maximo Arturo Arriola
First Name Middle Name Last Name

Case number *(if known)* 6:23-bk-14028-SY

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Nichole L. Glowin
Signature

Date 05/24/2024

Print: Nichole L. Glowin
First Name Middle Name Last Name

Title Attorney for Creditor

Company ZBS Law, LLP

Address 30 Corporate Park, Suite 450
Number Street

Irvine CA 92606
City State ZIP Code

Contact phone (714) 848-7920

Email bankruptcy@zbslaw.com

LOANCARE

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

P.O. Box 8068 | Virginia Beach, VA 23450 | 1.800.509.0183

**Statement Date: 04/15/24**

MAXIMO ARRIOLA
C/O BENJAMIN HESTON
NEXUS BANKRUPTCY
100 BAYVIEW CIR STE 100
NEWPORT BEACH CA 92660-2963

## Annual Escrow Account Disclosure Statement

| | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | **4199 9TH STREET RIVERSIDE CA 92501** |
| **Review Period:** | **10/2023 to 06/2024** |
| **Escrow Shortage:** | **$-92.35** |

## Current Mortgage Payment

| | |
|---|---|
| **Principal and/or Interest:** | **$1,587.05** |
| **Escrow** (Taxes and/or Insurance): | **$586.88** |
| **Total Monthly Payment:** | **$2,173.93** |

## New Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | **$1,587.05** |
| Escrow (Taxes and/or Insurance): | **$604.51** |
| Prorated Shortage: | **$7.70** |
| **Total New Monthly Payment** | **$2,199.26** |
| **Effective Due Date:** | **07/01/2024** |

## Contact Us

**Customer Service/Pay-by-Phone**
1.800.509.0183*
*Calls are randomly monitored and recorded to ensure quality service.*

**Hours**
Monday - Friday: 8 A.M. to 9 P.M. ET
Saturday: 8 A.M. to 3 P.M. ET

**Website:**
**https://lakeviewloanservicing.myloancare.com**

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

## Account History

The following statement of activity in your escrow account from 10/2023 through 06/2024 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | **Starting Balance** | | | **$3,287.68** | **$-23,515.71** |
| October | Deposit | $603.23 | $0.00* | $3,890.91 | $-23,515.71 |
| October | MIP/PMI Disbursement | $192.27 | $0.00* | $3,698.64 | $-23,515.71 |
| October | MIP/PMI Disbursement | $0.00 | $192.27* | $3,698.64 | $-23,707.98 |
| November | Deposit | $603.23 | $0.00* | $4,301.87 | $-23,707.98 |
| November | MIP/PMI Disbursement | $192.27 | $0.00* | $4,109.60 | $-23,707.98 |
| November | County Tax Disbursement | $1,972.76 | $2,009.66* | $2,136.84 | $-25,717.64 |
| November | MIP/PMI Disbursement | $0.00 | $192.27* | $2,136.84 | $-25,909.91 |
| December | Deposit | $603.23 | $0.00* | $2,740.07 | $-25,909.91 |
| December | MIP/PMI Disbursement | $192.27 | $0.00* | $2,547.80 | $-25,909.91 |
| December | MIP/PMI Disbursement | $0.00 | $192.27* | $2,547.80 | $-26,102.18 |
| January | Deposit | $603.23 | $0.00* | $3,151.03 | $-26,102.18 |
| January | MIP/PMI Disbursement | $192.27 | $0.00* | $2,958.76 | $-26,102.18 |
| January | MIP/PMI Disbursement | $0.00 | $192.27* | $2,958.76 | $-26,294.45 |
| February | Deposit | $603.23 | $0.00* | $3,561.99 | $-26,294.45 |
| February | MIP/PMI Disbursement | $192.27 | $0.00* | $3,369.72 | $-26,294.45 |
| February | MIP/PMI Disbursement | $0.00 | $192.27* | $3,369.72 | $-26,486.72 |
| March | Deposit | $603.23 | $1,173.76* | $3,972.95 | $-25,312.96 |
| March | MIP/PMI Disbursement | $192.27 | $0.00* | $3,780.68 | $-25,312.96 |
| March | County Tax Disbursement | $1,972.76 | $2,009.66* | $1,807.92 | $-27,322.62 |

***See reverse side for additional important information.***

MAXIMO ARRIOLA
C/O BENJAMIN HESTON
NEXUS BANKRUPTCY
100 BAYVIEW CIR STE 100
NEWPORT BEACH CA 92660-2963

Loan Number:

| Shortage Amount | New Monthly Payment Effective 07/01/2024 |
|---|---|
| **$-92.35** | **$2,199.26** |

Your shortage is $-92.35 and will be spread over a 12-month period.

## Account History

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| March | Hazard Insurance Disbursement | $986.00 | $0.00* | $821.92 | $-27,322.62 |
| March | MIP/PMI Disbursement | $0.00 | $192.27* | $821.92 | $-27,514.89 |
| April | Deposit | $603.23 | $27,545.69* E | $1,425.15 | $30.80 |
| April | MIP/PMI Disbursement | $192.27 | $192.27 E | $1,232.88 | $-161.47 |
| April | Hazard Insurance Disbursement | $0.00 | $984.00* | $1,232.88 | $-1,145.47 |
| May | Deposit | $603.23 | $603.23 E | $1,836.11 | $-542.24 |
| May | MIP/PMI Disbursement | $192.27 | $187.57* E | $1,643.84 | $-729.81 |
| June | Deposit | $603.23 | $603.23 E | $2,247.07 | $-126.58 |
| June | MIP/PMI Disbursement | $192.27 | $187.57* E | $2,054.80 | $-314.15 |
| | Total Deposits | $5,429.07 | $29,925.91 | | |
| | Total Disbursements | $6,661.95 | $6,724.35 | | |
| | **Account Balance as of 06/30/2024** | | | | **$-314.15** |

*An asterisk (*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.*

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $7,238.76. Your lowest monthly escrow balance should not have exceeded $821.92, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by your mortgage contract. Your actual lowest monthly balance was $-27,514.89. The items with an asterisk on your Account History may explain this. For further explanation, call our toll-free number shown under the Contact Us section on this statement.

## Total Anticipated Annual Disbursement

We anticipate paying the escrow items listed below on your behalf in the upcoming 12-month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law.

| Tax Item | Annual Expense | Anticipated Date(s) of Payment | Insurance Item | Annual Expense | Anticipated Date(s) of Payment |
|---|---|---|---|---|---|
| County Tax Disbursement | $2,009.66 | November 2024 | MIP/PMI Disbursement | $187.57 | July 2024 |
| County Tax Disbursement | $2,009.66 | March 2025 | MIP/PMI Disbursement | $187.57 | August 2024 |
| | | | MIP/PMI Disbursement | $187.57 | September 2024 |
| | | | MIP/PMI Disbursement | $187.57 | October 2024 |
| | | | MIP/PMI Disbursement | $187.57 | November 2024 |
| | | | MIP/PMI Disbursement | $187.57 | December 2024 |
| | | | MIP/PMI Disbursement | $187.57 | January 2025 |
| | | | MIP/PMI Disbursement | $187.57 | February 2025 |
| | | | MIP/PMI Disbursement | $187.57 | March 2025 |
| | | | Hazard Insurance Disbursement | $984.00 | March 2025 |
| | | | MIP/PMI Disbursement | $187.57 | April 2025 |
| | | | MIP/PMI Disbursement | $187.57 | May 2025 |
| | | | MIP/PMI Disbursement | $187.57 | June 2025 |

**Total Anticipated Annual Disbursement = $7,254.16**

## Account Projections

The following information covers your projected escrow account activity from 07/2024 to 06/2025. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one-sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements | | Projected Escrow | Required Escrow |
|---|---|---|---|---|---|
| | Projected | Projected | Description | Account Balance | Account Balance |
| | | | *Beginning Balance* | **$-314.15** | **$2,084.75** |
| July | $604.51 | $187.57 | MIP/PMI Disbursement | $102.79 | $2,501.69 |
| August | $604.51 | $187.57 | MIP/PMI Disbursement | $519.73 | $2,918.63 |
| September | $604.51 | $187.57 | MIP/PMI Disbursement | $936.67 | $3,335.57 |
| October | $604.51 | $187.57 | MIP/PMI Disbursement | $1,353.61 | $3,752.51 |
| November | $604.51 | $187.57 | MIP/PMI Disbursement | $1,770.55 | $4,169.45 |
| November | | $2,009.66 | County Tax Disbursement | $-239.11 | $2,159.79 |
| December | $604.51 | $187.57 | MIP/PMI Disbursement | $177.83 | $2,576.73 |
| January | $604.51 | $187.57 | MIP/PMI Disbursement | $594.77 | $2,993.67 |
| February | $604.51 | $187.57 | MIP/PMI Disbursement | $1,011.71 | $3,410.61 |
| March | $604.51 | $187.57 | MIP/PMI Disbursement | $1,428.65 | $3,827.55 |
| March | | $2,009.66 | County Tax Disbursement | $-581.01 | $1,817.89 |
| March | | $984.00 | Hazard Insurance Disbursement | $-1,565.01 | $833.89 |
| April | $604.51 | $187.57 | MIP/PMI Disbursement | $-1,148.07 | $1,250.83 |
| May | $604.51 | $187.57 | MIP/PMI Disbursement | $-731.13 | $1,667.77 |
| June | $604.51 | $187.57 | MIP/PMI Disbursement | $-314.19 | $2,084.71 |

Representation of Printed Document



LOANCARE

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

P.O. Box 8068 | Virginia Beach, VA 23450 | 1.800.509.0183

Your Projected Escrow Account Balance as of 06/30/24 is $-314.15, which means you have a deficiency of $314.15. Your Required Beginning Escrow Balance according to this analysis should be $2,084.75. This means you have a shortage of $-92.35. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage, including any deficiency, over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $833.89, as shown in March. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

## Balance Your Escrow Account

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. Federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---|---|
| $833.89 | Your minimum required balance |
| $-1,565.01 | Your projected lowest account balance for March |
| $-92.35 | Your escrow account surplus/shortage |

LoanCare is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you filed for bankruptcy, currently are in bankruptcy or received a discharge in bankruptcy, this communication is not an attempt to collect a debt, but is instead a legally required notice regarding your escrowed taxes and insurance.

## Private Mortgage Insurance Disclosure

**Private Mortgage Insurance:** Your mortgage loan requires private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence, you have the right to request that PMI be canceled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80 percent of the original value of the property or (2) the date the principal balance actually reaches 80 percent of the original value of the property. PMI will only be canceled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive, if requested and at your expense, evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78 percent of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date. If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home: The conditions for canceling mortgage insurance for mortgages closed before July 29, 1999 are not statutory under federal law, they may be changed at any time (unless otherwise required by state law). To determine if you can cancel the PMI on your loan or for further information about PMI cancellation, contact us at P.O. Box 8068, Virginia Beach, Virginia 23450 or call 1.800.509.0183.

Internet Reprint

LOANCARE

3637 Sentara Way | Virginia Beach, VA 23452

## Understanding Your Escrow Changes

Over the past few years, we've worked to simplify our escrow statement. Now, understanding your escrow information is even easier. In this letter, we're breaking down your statement even further to explain the changes in your escrow account information.

- Read ahead to see your escrow payment breakdown and your projected disbursements
- Get answers to some of our most frequently asked questions about escrow accounts
- See how to view your escrow information online

### Your Payment Information

Your current total monthly mortgage payment is $2,173.93. Your total amount due will change by $25.33. Your new total monthly payment will be $2,199.26, effective 07/01/2024.

### Your Escrow Shortage

Your projected escrow account balance as of 06/30/24 is $-314.15. Your required beginning escrow balance according to this analysis should be $2,084.75. This means you have a shortage of $92.35.

A surplus or shortage in your escrow account commonly occurs when:

> The projected amount at closing increases or decreases
> Your property taxes increase or decrease
> Your homeowners insurance increases or decreases
> You change your homeowners insurance company
> We pay delinquent taxes on your behalf

If you have questions about an increase in your property taxes or insurance premiums, please contact your local taxing authority or insurance agent.

Your shortage of $92.35 will be divided into 12 installments of $7.70 and added to your monthly payment. Your new monthly payment will be $2,199.26, effective 07/01/2024.

If you choose to pay your shortage in full, please detach the stub at the bottom of your analysis statement, enclose it with your check and mail them to:

Attn: Customer Service
P.O. Box 8068
Virginia Beach, VA 23450

Please write your loan number on the Memo line of the check.

Once we receive your payment and apply it to your loan, your payment will be adjusted.

## FREQUENTLY ASKED QUESTIONS

**I thought I had a fixed rate. Why did my payment change?**

Your mortgage payment is made up of two parts: your loan payment (principal and interest) and your escrow payment (taxes and insurance). Your loan payment does not increase or decrease unless you have an adjustable rate mortgage (ARM). The portion of your monthly mortgage payment that goes toward escrows (taxes, homeowners and/or mortgage insurance) will change based on your projected amounts due to be paid.

**Your Mortgage Payment**




* Your escrow payment may consist of the items in the three categories shown in gray.

Please note: this chart is provided for demonstration purposes only and is not intended to represent the specific amount you have in each category.

**Why is there extra money in my escrow account?**

Your escrow account makes sure you have money set aside to pay the necessary taxes and insurance.

A certain amount of the funds in your escrow account are designated to help keep your account from going negative. We call that an escrow cushion.

Think of your cushion as overdraft protection for your escrow account. Your cushion is designed to help offset any small changes in your tax and/or insurance bills. This helps lessen the burden of an escrow shortage when your escrow analysis is completed. Cushions typically cannot be waived or removed.

Customer Service: 1.800.509.0183 Collections: 1.800.509.0183
https://lakeviewloanservicing.myloancare.com
Monday - Friday: 8 A.M. to 9 P.M. ET Saturday: 8 A.M. to 3 P.M. ET
P.O. Box 8068 | Virginia Beach, VA 23450



Internet Reprint

LOANCARE

3637 Sentara Way | Virginia Beach, VA 23452

Even if you choose to pay your shortage in full, the amount of your payment may still change. Your escrow collections over the next 12 months may be increased to ensure enough funds are collected to pay your future taxes and insurance.

Please review the Account Projections section of your Annual Escrow Account Disclosure Statement to confirm the disbursement amounts of the escrowed items. If you find errors in this information, please confirm the disbursement amounts with your local taxing authority or insurance carrier and contact us to report any discrepancies.

### Check Your Information Online

Visit https://lakeviewloanservicing.myloancare.com to:

> View your current escrow account balance
> View your payment information
> View your estimated tax disbursement amounts
> View your insurance premiums
> Enroll for email notifications when escrow disbursements are made

### If You Need Assistance

Our representatives are ready to assist you should you need further information or have additional questions or concerns. Call 1.800.509.0183 Monday - Friday: 8 A.M. to 9 P.M. ET Saturday: 8 A.M. to 3 P.M. ET.

Sincerely,

Escrow Department
LoanCare, LLC
NMLS ID 2916

*This summary is not a substitute for the Annual Escrow Account Disclosure Statement and it is important that you still review the enclosed Annual Escrow Account Disclosure Statement in its entirety.*

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

**How can I lower my escrow?**

You may seek additional insurance quotes while maintaining the required coverage. You may contact your taxing authorities and ensure that you have taken advantage of all applicable exemptions. If you are able to reduce the cost of your insurance and/or are approved for an exemption, please make sure to provide us updated information.

**Can I prepay my escrow so that my payments don't change?**

No. You are required to pay 1/12th of each escrowed item monthly with your principal and interest payment.

# A GUIDE TO YOUR ANNUAL ESCROW STATEMENT

## Understanding Your Statement

Your business is important to us and so is your satisfaction. We know that understanding your Annual Escrow Account Disclosure Statement can be overwhelming. We have created this guide to help you.

Please take the time to review this thoroughly.



ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

Statement Date: 03/27/2019

**Annual Escrow Account Disclosure Statement**

Loan Number:
Review Period: 05/2018 to 04/2019
Escrow Surplus/Shortage: $422.08

**Current Mortgage Payment**

Principal and/or Interest: $540.99
Escrow (Taxes and/or Insurance): $365.60
Total Monthly Payment: $906.59

**New Mortgage Payment**

Principal and/or Interest: $540.99
Escrow (Taxes and/or Insurance): $381.88
Total New Monthly Payment $922.87
Effective Due Date: 05/01/2019

**Contact Us**

Customer Service/Pay-by-Phone
1.800.274.6600*
*Calls are randomly monitored and recorded to ensure quality service.

Hours
Monday - Friday: 8 a.m. to 10 p.m. EST
Saturday: 8 a.m. to 3 p.m. EST

Website: www.MyLoanCare.com

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

**Account History**

The following statement of activity in your escrow account from 05/2018 through 04/2019 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $2,036.81 | $2,036.81 |
| May | Deposit | $365.60 | $365.60 | $2,402.41 | $2,402.41 |
| May | Disbursement - RBP-FHA MONT | $75.97 | | $2,326.44 | $2,402.41 |
| May | Disbursement - RBP-FHA MONT | | $75.97* | $2,326.44 | $2,326.44 |
| June | Deposit | $365.60 | $365.60 | $2,692.04 | $2,692.04 |
| June | Disbursement - RBP-FHA MONT | $75.97 | | $2,616.07 | $2,692.04 |
| June | Disbursement - RBP-FHA MONT | | $75.97* | $2,616.07 | $2,616.07 |
| July | Deposit | $365.60 | $365.60 | $2,981.67 | $2,981.67 |
| July | Disbursement - RBP-FHA MONT | $75.97 | | $2,905.70 | $2,981.67 |
| July | Disbursement - CITY/TOWN TA | $2,326.44 | | $579.26 | $2,981.67 |
| July | Disbursement - RBP-FHA MONT | | $75.97* | $579.26 | $2,905.70 |
| July | Disbursement - CITY/TOWN TA | | $2,337.09* | $579.26 | $568.61 |
| August | Deposit | $365.60 | $365.60 | $944.86 | $934.21 |
| August | Disbursement - RBP-FHA MONT | $75.97 | | $868.89 | $934.21 |
| August | Disbursement - RBP-FHA MONT | | $75.97* | $868.89 | $858.24 |
| September | Deposit | $365.60 | $365.60 | $1,234.49 | $1,223.84 |
| September | Disbursement - RBP-FHA MONT | $75.97 | | $1,158.52 | $1,223.84 |
| September | Disbursement - RBP-FHA MONT | | $75.97* | $1,158.52 | $1,147.87 |
| October | Deposit | $365.60 | $365.60 | $1,524.12 | $1,513.47 |
| October | Disbursement - RBP-FHA MONT | $75.97 | | $1,448.15 | $1,513.47 |
| October | Disbursement - RBP-FHA MONT | | $75.97* | $1,448.15 | $1,437.50 |
| November | Deposit | $365.60 | $365.60 | $1,813.75 | $1,803.10 |
| November | Disbursement - RBP-FHA MONT | $75.97 | | $1,737.78 | $1,803.10 |
| November | Disbursement - RBP-FHA MONT | | $75.97* | $1,737.78 | $1,727.13 |
| December | Deposit | $365.60 | $365.60 | $2,103.38 | $2,092.73 |

LOANCARE
DISBURSEMENT CLEARING

CHECK NO

MO/DAY/YR 03/27/19

P.O. Box 8068
Virginia Beach, VA 23450

AMOUNT *****422.08

Four Hundred Twenty Two Dollars and Eight Cents

Pay to the Order of:

AUTHORIZED SIGNATURE

## 1 Annual Escrow Account Disclosure Statement

The Annual Escrow Account Disclosure Statement section includes your loan number, the review period and the escrow surplus/shortage.

- Loan Number – Unique primary identifier that is specific to your loan.
- Review Period – Time frame for activity displayed in the statement.
- Escrow Surplus/Shortage – If your projected escrow account balance is greater than the required beginning escrow balance, you have a surplus. If your projected escrow account balance is less that the required beginning escrow balance, you have a shortage.

## 2 Current Mortgage Payment

This section shows your current total monthly payment with a breakdown of principal and/or interest and escrow.

## 3 New Mortgage Payment

This section displays your new payment amount and the date on which it is due. This includes principal and interest, escrow and additional amounts.

- Effective Due Date – Date on which your new payment is due.

## 4 Account History

This section displays a breakdown of your account history for the review period that includes the following sections:

- Month – The month for which activity is displayed.
- Activity – A description of the projected and/or actual amount(s).
- Projected Amount: Deposit – 1/12 of the anticipated annual escrow disbursement as of the last analysis you received. This is what we expected you to pay into your escrow account each month.
- Projected Amount: Disbursement – The amounts we expected to disburse on your behalf to various tax and insurance entities.
- Actual Amount: Deposit – The actual amount we received from you and deposited into your escrow account.
- Actual Amount: Disbursement – The amounts we actually disbursed on your behalf to various tax and insurance entities.
- Projected Escrow Balance – The escrow balance we expected your account to show at the end of each month, based on the projected payments and projected disbursements.
- Actual Escrow Balance – The balance in your escrow account at the end of each month, based on the actual payments and disbursements that occurred during the period.

# A GUIDE TO YOUR ANNUAL ESCROW STATEMENT

## 5 Total Anticipated Annual Disbursement

This section displays your tax and insurance disbursements. The total anticipated annual disbursement is the sum of all the tax and insurance payments.

## 6 Account Projections

This section displays a breakdown of your account projections for the review period that includes:

- Month – The month for which activity is displayed.
- Projected Payments – 1/12 of the anticipated annual escrow disbursement as of the last analysis you received. This is what we expected you to pay into your escrow account each month.
- Disbursements – The amounts we expected to disburse on your behalf to various tax and insurance entities.
- Projected Escrow – The escrow balance we expected your account to show at the end of each month, based on the projected payments and projected disbursements.
- Required Escrow – The balance in your escrow account at the end of each month, based on the actual payments and disbursements that occurred during the period.

## Contact Us

If you have any questions, please call us or visit us online by referencing the information provided on your Annual Escrow Account Disclosure Statement.

Written notices of error or information requests should be sent to:

ATTN: The Office of the Customer
P.O. Box 8068
Virginia Beach, VA 23450

Business Hours
Monday – Friday, 8 A.M. to 9 P.M. ET
Saturday, 8 A.M. to 3 P.M. ET



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

30 Corporate Park, Suite 450, Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MORTGAGE PAYMENT CHANGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/24/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Benjamin Heston, Counsel for Debtor | bhestonecf@gmail.com |
| Rod Danielson, Chapter 13 Trustee | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **05/24/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Maximo Arturo Arriola
4199 9th Street
Riverside, CA 92501
*DEBTOR*

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/24/2024 | Katherine Kellams | */s/ Katherine Kellams* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |