| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>BENJAMIN HESTON (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>*ben@nexusbk.com*<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**MAXIMO ARTURO ARRIOLA**<br><br><br><br><br><br><br>Debtor(s). | CASE NO: **6:23-bk-14028-SY**<br><br>CHAPTER: **13**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: **October 4, 2023**<br>TIME: **9:30 AM**<br>COURTROOM: **302**<br>PLACE: **3420 Twelfth Street**<br>        **Riverside, CA 92501** |
|---|---|

**Movant: MAXIMO ARTURO ARRIOLA**

1. NOTICE IS HEREBY GIVEN to **Lakeview Loan Servicing** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☐ **255 East Temple Street, Los Angeles, CA 90012**    ☐ **411 West Fourth Street, Santa Ana, CA 92701**
   ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**    ☐ **1415 State Street, Santa Barbara, CA 93101**
   ☒ **3420 Twelfth Street, Riverside, CA 92501**

3. a.  ☐  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 4001-1.IMPOSE.STAY.MOTION**

b. ☒ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☒ at the hearing **OR** ☒ at least **0** days before the hearing.

(1) ☒ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

(3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: **September 20, 2023**

**Nexus Bankruptcy**
Printed name of law firm (if applicable)

**Benjamin Heston**
Printed name of individual Movant or attorney for Movant

**/s/Benjamin Heston**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 2         **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant: <u>MAXIMO ARTURO ARRIOLA</u>**

1. **The Property or Debt at Issue:**

    a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type, and model)*:
    Vehicle Identification Number:
    Location of vehicle *(if known)*:

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:
    Serial number(s):

    Location *(if known)*:

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☒ Real Property
    Street Address: **4199 Ninth Street**
    Apt./Suite No.:
    City, State, Zip Code: **Riverside, CA 92501**

    Legal description or document recording number(include county of recording):

    ☐ See attached continuation page

    The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) (see below) to secure the sum of approximately (see below) now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

    Lakeview Loan Servicing
    3637 Sentara Way
    Virginia Beach, VA 23452
    Claim: $375,000
    Collateral: Debtor's Residence

    b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or

    c. ☐ Movant moves for an order **imposing a stay** as to <u>all creditors</u>.

    d. ☒ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>, and/or

    e. ☒ Movant moves for an order **continuing the automatic stay** as to <u>all creditors</u>.

2. **Case History:**

    a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☐ 11 ☐ 12

    ☒ 13 was filed concerning the present case on *(specify date)*: **<u>September 5, 2023</u>**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 4001-1.IMPOSE.STAY.MOTION**

b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on *(specify date)*:

c. ☐ Plan was confirmed on *(specify date)*:

d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

   1. Case name: **In re Maximo Arturo Arriola**
      Case number: **6:22-bk-13643-WJ**         Chapter: **13**
      Date Filed: **September 29, 2022**         Date dismissed: **August 16, 2023**
      Relief from stay re this Property          ☒ was          ☐ was not granted
      Reason for dismissal:

      **Debtor fell behind on payments and the Trustee filed a Motion to Dismiss. Debtor filed a Motion to Modify which was based on Debtor's income being temporarily reduced and that he was expecting his income to increase in the near future. When this increase of income did not occur, Debtor declined to further prosecute the motion to modify and dismissal was entered.**

      **Following the dismissal, Debtor was able to find a company who was willing to refinance the property. According to the lender's applicable guidelines, the refinance could be done at anytime during an active Chapter 13 or two years filing a dismissal if the refinance was to be done outside of bankruptcy. When Debtor learned of this, it was less than a week prior to the foreclosure sale that was schedule for September 5, 2023. Since this was not sufficient time to seek to have the prior dismissal vacated, he filed the instant bankruptcy case.**

   2. Case name:
      Case number:                              Chapter:
      Date Filed:                               Date dismissed:
      Relief from stay re this Property          ☐ was          ☐ was not granted
      Reason for dismissal:

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **October 25, 2023** and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is ___.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning, or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a) 
   1. Property description/value: **4199 Ninth Street, Riverside, CA 92501**       **$520,000**
   2. Creditor/Lien amount: **Lakeview Loan Servicing**                              **$375,000**
   3. Creditor/Lien amount:                                                          $__
   4. Creditor/Lien amount:                                                          $__
   5. Creditor/Lien amount:                                                          $__
   6. Total Liens                                                                    **$375,000**
   7. Debtor's Homestead Exemption                                                   **$615,000**
   8. Equity in the Property (subtract lines 7 and 8 from line 1 and enter here)    **$0**

☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                         Page 4                         **F 4001-1.IMPOSE.STAY.MOTION**

4. **Grounds for Continuing the Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      B. ☒ Good faith is shown because:

         **Debtor intends to use the present Chapter 13 case to facilitate the refinancing of the Property. If he is not able to do so within a reasonable time, he will sell the property by month #12. Under either scenario, he intends to pay all claims in full.**

         ☐ See attached continuation page

   2. ☒ The Property is of consequential value or benefit to the estate because:

      A. ☒ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*

      B. ☒ The Property is necessary to a reorganization for the following reasons:

         **The Property is Debtor's residence and is inherently necessary for reorganization. In re Elmore, (BC CD CA 1988) 94 BR 670, 677.**

         ☐ See attached continuation page

      C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:)

         **The Debtor will be making post-petition payments. 11 U.S.C. §361(1).**

         **The Property has a substantial equity cushion. In re Mellor, (9th Cir. 1984) 734 F2d 1396, 1400; Matter of Plaza Family Partnership, (ED CA 1989) 95 BR 166, 171; In re Helionetics, Inc. (BCCD CA 1987) 70 BR 433, 440; In re Southerton Corp. (MD PA 1982) 46 BR 391, 399.**

         ☐ See attached continuation page

   3. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

      B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

      C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because __

         ☐ See attached continuation page

      D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

         ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 5    **F 4001-1.IMPOSE.STAY.MOTION**

    E.  ☒  Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

        **The reduction of Debtor's income that occurred in the prior case was due to factors beyond his control. These factors are described more thoroughly in the Motion to Modify which was filed on July 11, 2023 and is attached hereto as Exhibit A.**

        ☐ See attached continuation page

    F.  ☐  There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:

        From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

        ☐ See attached continuation page

    G.  ☐  For the following additional reasons __

        ☐ See attached continuation page

4.  ☒  The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because __

    **Debtor intends to refinance the mortgage and pay Secured Creditor's claim in full. If he is not able to do so within a reasonable period, he will be selling the property which will also pay the claim in full. There is an equity cushion of more than $100,000.**

    ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
    a.  ☐  Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

      1.  ☐  The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2.  ☐  The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

        ☐ See attached continuation page

      3.  ☐  The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

        ☐ See attached continuation page

    b.  ☐  The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

      1.  ☐  The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      2.  ☐  Good faith is shown because __

        ☐ See attached continuation page

    c.  ☐  The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                       Page 6                       **F 4001-1.IMPOSE.STAY.MOTION**

    1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

       ☐ See attached continuation page

    2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

    3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

       ☐ See attached continuation page

    4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

       ☐ See attached continuation page

    5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

       (from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

       ☐ See attached continuation page

    6. ☐ For the following additional reasons __

       ☐ See attached continuation page

    7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

       ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

    a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.

    b. ☐ Other Declaration(s) are also attached in support of this Motion

    c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.

    d. ☒ Other evidence *(specify)*: **Motion to Modify filed in prior case – Exhibit A**

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested):*

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 7    **F 4001-1.IMPOSE.STAY.MOTION**

further order of the court.

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: **September 20, 2023**

Respectfully submitted,
**Maximo Arturo Arriola**
Movant Name
**Nexus Bankruptcy**
Firm Name of attorney for Movant (if applicable)

**/s/Benjamin Heston**
Signature
**Benjamin Heston**
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I __, am the __ of Movant. I have read the foregoing motion consisting of __ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*    *Printed name of declarant*    *Signature*

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>**MAXIMO ARTURO ARRIOLA,**<br><br><br><br><br><br>Debtor(s). | CASE NUMBER: **6:22-bk-13643-SY**<br><br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w)<br>TO MODIFY PLAN OR<br>SUSPEND PLAN PAYMENTS** |
| | [No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (**check all that apply**):
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on **3/28/2023**.
   Plan payment amount(s):   **$1,722** per month for months **1 - 5**;
                                 **$4,162** per month for months **6 - 60**.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **54%**.

4. There have been **0** previous modification or suspension orders.
   Plan payments have been suspended for **0** months and/or the plan has been extended for **0** months.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 3015-1.05.MOTION.MODIFY.SUSPEND**

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage paid to Class 5 general unsecured creditors: ___%.

6. Proposed modification:
   ☐ Suspend (*indicate number of plan payments*) ___ plan payments.
   ☐ Extend the term by (*indicate number of months*) ___ month(s).
   ☐ Reduce the term by (*indicate number of months*) ___ month(s).
   ☒ Increase the plan payment from **$4,162** to **$4,485** from (*date*) **8/2023** to (*date*) **end of plan**.
   ☒ Reduce the plan payment from **$4,162** to **$2,400** from (*date*) **4/2023** to (*date*) **7/2023**.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

   **Debtor's plan relies on income from several sources received by himself and his brother, Eduardo.**

   **Eduardo's job as a contractor has started to pick up recently and he will be receiving regular income in addition to his side jobs. Eduardo is also currently receiving income from CalWORKS. Over the past couple months, his monthly amount was decreased since Eduardo's proof of income was not accepted. He has since re-submitted his application with the requested proof of income. He will be receiving approximately $1,000 during the week of July 10th and has a hearing set for July 26th to determine the amount of backpay he will be receiving. He is expecting the back pay to total somewhere between $6,000 to $8,000.**

   **Debtor recently went through the process of having his VA Disability rating increased and was informed in February that he received a favorable decision that would take approximately 5 months before coming into effect. Debtor is expecting that in addition to an increase in his monthly payments, he will be receiving approximately $5,000 to $6,000 in backpay.**

   **The total amount of backpay and increase in monthly income that will be available is more than sufficient to bring Debtor current on plan payments and cover the increase pursuant to the terms of his modified plan.**

   **File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.**

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:

   a. ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

      OR

   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from ___% to ___%.

   Date:  **July 11, 2023**                                        /s/Benjamin Heston
                                                                    **Benjamin Heston**
                                                                    Attorney for Debtor

   I declare under penalty of perjury that the following is true and correct.

   Date:  **July 11, 2023**
                                                                    **Maximo Arriola**
                                                                    Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                  Page 2                        **F 3015-1.05.MOTION.MODIFY.SUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 Bayview Circle #100
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Rod Danielson (TR)**    notice-efile@rodan13.com
- **Nichole Glowin**    bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/20/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott H. Yun
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/20/2023 | Benjamin Heston | /s/ Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICEL LIST**

Lakeview Loan Servicing, LLC
ZBS Law, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

Lakeview Loan Servicing
3637 Sentara Way
Virginia Beach, CA 23452-4262

Quantum3 Group
As agent for Katapult Group
PO Box 788
Kirkland, WA 98083-0788

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

California Housing Finance Agency
500 Capitol Mall Ste. 1400 MS 350
Sacramento, CA 95814-4740

Pinnacle Services Solutions
4408 Milestrip Rd #247
Blasdell, NY 14219-2553

Verizon/American InfoSource
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Chase Bank
c/o Robertson, Anschutz & Schneid
6409 Congress Ave, Ste. 100
Boca Raton, FL 33487-2853

Portfolio Recovery Associates
PO Box 14067
Norfolk, VA 23518-0067

**CERTIFIED MAIL**

**CSC – Lawyers Incorporating Service**
**Agent for Service of Process for**
Lakeview Loan Servicing, LLC
2710 Gateway Oaks Drive
Sacramento, CA 95833

**California Housing Finance Agency**
400 Capitol Mall Ste. 1400
Sacramento, CA 95814

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**

**California**
*Secretary of State*

Business | UCC

Login

- Home
- Search
- Forms
- Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

> A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ? keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to

## LAKEVIEW LOAN SERVICING, LLC (201034210101)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/03/2010 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES, FL 33146 |
| Mailing Address | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES,FL33146 |
| Statement of Info Due Date | 12/31/2024 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>LAI SAEVANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br><br>TRUDY DESBIENS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

Skip to main content

### California
*Secretary of State*

Home

Search

Forms

Help

**Business**   UCC

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

Lakeview Loan 

Advanced ⌄

Results: 1

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|

Skip to main content   State

**LAKEVIEW LOAN SERVICING, LLC (201034210101)**


Request Certificate

| | |
|---|---|
| Initial Filing Date | 12/03/2010 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES, FL 33146 |
| Mailing Address | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES,FL33146 |
| Statement of Info Due Date | 12/31/2024 |
| Agent | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

LAI SAEVANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA

TRUDY DESBIENS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

California
Secretary of State

Business UCC

Home

Search

Forms

Help

LAKEVIEW LOAN SERVICING, LLC (201034210101) 12/03/2010 Act

# LAKEVIEW LOAN SERVICING, LLC (201034210101)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 12/03/2010 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES, FL 33146 |
| *Mailing Address* | 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR CORAL GABLES,FL33146 |
| *Statement of Info Due Date* | 12/31/2024 |
| *Agent* | 1505 Corporation CSC - LAWYERS INCORPORATING SERVICE |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | BECKY DEGEORGE 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>KOY SAECHAO 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>LAI SAEVANG 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>NICOLE STAUSS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>JENN BAUTISTA 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA<br>TRUDY DESBIENS 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA |

© 2023 CA Secretary of State

