# STATEMENT OF
# REMOTE 341(A) MEETING DATE - RIVERSIDE CA

October 02, 2023

MAXIMO ARTURO ARRIOLA
4199 9TH STREET
RIVERSIDE,  CA  92501

Re: MAXIMO ARTURO ARRIOLA
    Chapter 13 Case No.: 6:23-bk-14028-SY

**REMOTE 341(A) MEETING OF CREDITORS -  October 25, 2023   8:00 am**

NOTICE IS HEREBY GIVEN that at the direction of the United States Trustee the 341(a) meeting of creditors in the above-referenced Chapter 13 will be conducted remotely, via Zoom (Video) or by telephone.  Attached are instructions for how to appear.

**Debtor is reminded that plan payments are due 30 days from the date the petition is filed and every 30 days thereafter.  Proof of income, copies of recent tax returns, and verification of mortgage payments are due not later than 7 days prior to the date first set for the meeting of creditors.  Failure to timely comply with these requirements may result in dismissal of the case.**

**Debtor shall submit copies of photo ID and Social Security number verification by uploading these documents to the case via the Trustee's secured portal at www.bkdocs.us, or by fax at (951) 826-8090.  Debtor should contact his or her attorney for more information.**

**Instrucciones en Español se publicaran en el sitio web del Administrador: www.rodan13.com**

_____
Rod Danielson, Chapter 13 Trustee

# HOW TO APPEAR AT RIVERSIDE §341(a) MEETINGS OF CREDITORS FOR CHAPTER 13 CASES

By order of the United States Trustee, until further notice all Riverside Chapter 13 341(a) meetings of creditors will be conducted telephonically (or on video).

341(a) meetings will be conducted utilizing ZOOM software (www.zoom.com) which permits parties to communicate electronically (similar to Skype or Facetime) with or without video. You should consider downloading the ZOOM software on your telephone or computer in order to familiarized yourself with how ZOOM works.

To appear at a Riverside Chapter 13 section 341(a) meeting of creditors, you have two options:

## By Video

On the day of the meeting, at approximately 10 minutes before the time scheduled for your meeting, **LOG IN**:

| For Judge Johnson (WJ) Cases<br>(Bridget Kelly appearing for Trustee)<br>Input or Paste the following URL:<br>https://us04web.zoom.us/j/5835677911 | For Judge Reyes Bordeaux (RB) Cases<br>(Joey DeLeon appearing for Trustee)<br>Input or Paste the following URL:<br>https://zoom.us/j/3386281052 |
|---|---|
| For Judge Yun (SY) Cases<br>(Susan Luong appearing for Trustee)<br>Input or Paste the following URL:<br>https://zoom.us/j/5274701001 | |

## By Telephone (Audio Only)

On the day of the meeting, at approximately 10 minutes before the time scheduled for your meeting, **DIAL**:

| For Judge Johnson (WJ) Cases<br>(Bridget Kelly appearing for Trustee)<br>Tel. 1+ (301) 715-8592<br>Meeting ID number: 583 567 7911 | For Judge Reyes Bordeaux (RB) Cases<br>(Joey DeLeon appearing for Trustee)<br>Tel. 1+ (301) 715-8592<br>Meeting ID Number: 338 628 1052 |
|---|---|
| For Judge Yun (SY) Cases<br>(Susan Luong appearing for Trustee)<br>Tel. 1+ (301) 715-8592<br>Meeting ID Number: 527 470 1001 | |

**ONCE YOU HAVE CONNECTED, PLEASE MUTE YOUR ZOOM APPLICATION. YOU SHOULD STILL BE ABLE TO HEAR THE PROCEEDINGS. 10 OR MORE MEETINGS MAY BE SCHEDULED FOR THE SAME TIME (for example 10 cases at 8:00 A.M., 10 at 9:00 A.M., etc.) SO IT IS IMPORTANT THAT YOU LISTEN FOR YOUR CASE TO BE CALLED (LISTEN FOR DEBTOR'S LAST NAME AND CASE NUMBER), THEN UN-MUTE AND BE SURE TO IDENTIFY YOURSELF ON THE RECORD WHEN REQUESTED BY THE TRUSTEE'S STAFF ATTORNEY.**

**YOU MAY BE REQUIRED TO WAIT FOR UP TO ONE HOUR FOR YOUR CASE TO BE CALLED. PLEASE BE PATIENT** and respectful of others when your microphone is on or if you are listening on your telephone. We are all working together to try to keep everyone safe while still providing this necessary and beneficial service, and the Trustee is grateful for your cooperation.

********Creditors are encouraged to file claims and if appropriate, objections early, so the Trustee is able to address them with the debtor at the creditor meeting********

# COMO PRESENTARSE EN LA CITA 341(a) EN RIVERSIDE PARA CAPITULO 13 CASOS

Por orden del fideicomisario de Los Estados Unidos, hasta demás aviso, juntas 341(a) de capítulo 13 de Riverside y Juntas de acreedores se conducirán telefónicamente (o en video).

Juntas 341(a) serán conducidas utilizando ZOOM Software (www.zoom.com) cual permite a las partes comunicarse electrónicamente (similar a Skype o Facetime) con o sin video. Considere bajar Zoom software en su Celular o computadora con fin de familiarizarse como funcióna ZOOM.

Para presentarse en una junta de acreedores de la sección 341(a) del Capítulo 13 de Riverside, usted tiene dos opciones:

Por Video
El día de la Junta, aproximadamente 10 minutos antes de la hora programada para su junta, INICIE SESION:

| Para Juez Johnson (WJ) Casos | Para Juez Reyes Bordeaux (RB) Casos |
|---|---|
| (Bridget Kelly aparecerá por Administrador) | (Joey DeLeon aparecerá por Administrador) |
| Entre o pegue la siguiente URL: | Entre o pegue la siguiente URL: |
| https://us04web.zoom.us/j/5835677911 | https://zoom.us/j/3386281052 |
| **Para Juez Yun (SY) Casos** | |
| (Susan Luong aparecerá por Administrador) | |
| Entre o pegue la siguiente URL: | |
| https://zoom.us/j/5274701001 | |

**Por Teléfono (Solo audio)**
El día de la Junta, aproximadamente 10 minutos antes de la hora programada para su junta, MARQUE:

| Para Juez Johnson (WJ) Casos | Para Juez Reyes Bordeaux (RB) Casos |
|---|---|
| (Bridget Kelly aparecerá por Administrador) | (Joey DeLeon aparecerá por Administrador) |
| Tel. 1+ (301) 715-8592 | Tel. 1+ (301) 715-8592 |
| Número de Junta ID: 583 567 7911 | Número de Junta ID: 338 628 1052 |
| **Para Juez Yun (SY) Casos** | |
| (Susan Luong aparecerá por Administrador) | |
| Tel. 1+ (301) 715-8592 | |
| Número de Junta ID: 527 470 1001 | |

CUENDO SEA CONECTADO, **POR FAVOR SILENCIE SU APLICACION DE ZOOM**. USTED PODRA OIR LOS PROCEDIMIENTOS. SE PUEDEN PROGRAMAR 10 O MAS JUNTAS AL MISMO TIEMPO (por ejemplo 10 casos a las 8:00 A.M., 10 a las 9:00 A.M., etc.) ES IMPORTANTE QUE USTED ESCUCHE CUANDO SEA LLAMADO (ESCUCHE EL APELLIDO Y NUMERO DE CASO), ENTONCES ACTIVAR SU MICROFONO Y ASEGURESE DE IDENTIFICARSE EN EL REGISTRO CUANDO SE LE SOLICITE POR EL ABOGADO DEL PERSONAL DE ADMINISTRADOR.
**PUEDE SER NECESARIO QUE USTED ESPERE ASTA UNA HORA PARA QUE SU CASO SEA LLAMADO**. POR FAVOR, TENGA PACIENCIA y respete a los demás cuando el micrófono esta encendido o si está escuchando en su teléfono. Todos estamos trabajando juntos para tratar de mantener a todos a salvo sin dejar de ofrecer este servicio necesario y beneficioso, y el Administrador es agradecido por su cooperación y asistencia.

*****Acreedores son alentados a presentar reclamos, y si es apropiado, objesionar temprano, para que el administrador pueda dirigirse a ellos con el deudor en la junta de acreedores. ******

| In re:  MAXIMO ARTURO ARRIOLA | **Chapter: 13** |
|---|---|
| Debtor | Case Number: 6:23-bk-14028-SY |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **STATEMENT OF REMOTE 341(A) MEETING DATE - RIVERSIDE CA** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **10/02/2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**ustpregion16.rs.ecf@usdoj.gov**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**:
On 10/25/2023 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/25/2023 | Germain Zepeda | /s/ |
|---|---|---|
| Date | Type Name | Signature |

| | | |
|---|---|---|
| NEXUS BANKRUPTCY<br>100 BAYVIEW CIRCLE, STE 100<br>NEWPORT BEACH, CA 92660 | CALIFORNIA HOUSING FINANCE AGENCY<br>500 CAPITOL MALL STE 1400 MS 350<br>SACRAMENTO, CA 95814-4740 | CHASE BANK<br>C/O ROBERTSON, ANSCHUTZ, & SCHNEID<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL 33487-2853 |
| LAKEVIEW LOAN SERVICING<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA 23452 | PINNACLE SERVICES SOLUTIONS<br>4408 MILESTRIP RD # 247<br>BLASDELL, NY 14219-4408 | PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 14067<br>NORFOLK, VA 23518-0067 |
| QUANTUM3 GROUP AS AGENT FOR KATAPULT GROUP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | VERIZON / AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 | BENJAMIN HESTON<br>NEXUS BANKRUPTCY<br>100 BAYVIEW CIRCLE #100<br>NEWPORT BEACH, CA 92660 |
| MAXIMO ARTURO ARRIOLA<br>4199 9TH STREET<br>RIVERSIDE, CA 92501 | | |