# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, October 4, 2023**                                                                 **Hearing Room  302**

<u>9:30 AM</u>
**6:23-14028**   Maximo Arturo Arriola                                                                    **Chapter 13**

Telephonic Hearing

#5.00   Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate

**ST**

Benjamin R Heston to appear by telephone (951)290-2827 — *debtor*

Docket   13

**Matter Notes:**

GRANTED: ✓         DENIED: _____

APO: _____

CONT'D. TO: _____

WITHDRAWN: _____

ORDER LODGED BY: *Debtor's counsel*

**Tentative Ruling:**

No judge's copy of the motion was provided. This is a first warning. Future failure to comply with LBR 5005-2(d) and The Central Guide Section 2-02 TCG Supplement: Serving a Judge's Copy may result in the hearing being vacated. See Judge Yun's Judicial Variance Statement.

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

**Party Information**