# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, December 5, 2023**            Hearing Room    302

**1:30 PM**
**6:23-14028**  Maximo Arturo Arriola           Chapter 13

Telephonic Hearing

**#25.00**  Confirmation of Chapter 13 Plan

Susan Luong to appear by telephone (951)826-8038 *— Debtor*
Benjamin Heston to appear by telephone (951)290-2827
Nichole L Glowin to appear by telephone (714)848-7920 ext. 392

*[handwritten: Aakemiro Loan Services]*

Docket    12

**Matter Notes:**

**Consent Calendar** _____

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued** to  _1-30-24_  at 1:30 p.m.

341(a) _____ at 9:00 a.m.

( ) **Objection** to plan:  ( ) Withdrawn  ( ) Sustained  ( ) Overruled

( ) **Case Dismissed**

     ( ) without prejudice  ( ) Under § 109(g)

     ( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

**Party Information**