# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, January 24, 2024**                                                    Hearing Room    302

9:30 AM
**6:23-14028**    Maximo Arturo Arriola                                             Chapter 13

Telephonic Hearing

#4.00    Notice of motion and motion for relief from the automatic
stay with supporting declarations REAL PROPERTY
RE: 4199 9th Street, Riverside, CA 92501

*Kris Zilberstein for Nichole Glowin ✓ Movant*
~~Nichole L Glowin to appear by telephone~~ (714)848-7920 ext. 392
Benjamin R Heston to appear by telephone (951)290-2827 ✓ *Debtor*

Docket    28

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO:    _2-14-24 @ 9:30 am_

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Maximo Arturo Arriola                    Represented By
                                         Benjamin Heston

**Movant(s):**

Lakeview Loan Servicing, LLC             Represented By
                                         Nichole Glowin