# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

---

**Tuesday, January 30, 2024**　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　302**

**1:30 PM**
**6:23-14028**　　Maximo Arturo Arriola　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

Telephonic Hearing

#36.00　　CONT'D Confirmation of Chapter 13 Plan

FR. 12/5/23

**Susan Luong to appear by telephone (951)826-8038**　— Debtor
**Benjamin Heston to appear by telephone (951)290-2827**　— Debtor
**Nichole L Glowin to appear by telephone (714)848-7920 ext. 392**　— Atty. Creditor

Docket　　12

**Matter Notes:**

**Consent Calendar**

(　) **Confirmed** per trustee's recommendation   - Plan provisions: % to pay _____

　　　　　　　　　　　　Duration _____

　　　　　　　　　　　　Payment $_____

(✓) **Continued to** _2-27-24_ at 1:30 p.m.

　　341(a) _____ at 9:00 a.m.

(　) **Objection** to plan:　(　) Withdrawn　　(　) Sustained　　(　) Overruled

(　) **Case Dismissed**

　　　　(　) without prejudice　　(　) Under § 109(g)

　　　　(　) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---:|
| **Tuesday, January 30, 2024** | **Hearing Room  302** |

### 1:30 PM
**CONT... Maximo Arturo Arriola** — Chapter 13

**Party Information**

**Debtor(s):**

Maximo Arturo Arriola          Represented By
                               Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)             Pro Se