# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, February 14, 2024**     **Hearing Room 302**

**9:30 AM**
**6:23-14028**    Maximo Arturo Arriola     **Chapter 13**

Telephonic Hearing

#5.00    CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4199 9th Street, Riverside, CA 92501

FR. 1/24/24

Nichole L Glowin to appear by telephone (714)848-7920 ext. 392 ✓ *Movant*
Benjamin Heston to appear by telephone (951)290-2827 — *Debtor*

Docket    28

**Matter Notes:**

GRANTED: _____    DENIED: _____

APO: _____

CONT'D. TO:    3-13-24 @ 9:30am

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. **NOTE** – the call-in information for telephonic appearances has changed. See Judge Yun's telephonic procedures on the court website for detailed information.

| Party Information |
|---|

**Debtor(s):**

Maximo Arturo Arriola         Represented By
                              Benjamin Heston