| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**Maximo Arturo Arriola**<br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-14028-SY<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>1) **DEEDS OF TRUST [OR MORTGAGES]**<br>2) **LEASES ON PERSONAL PROPERTY**<br>3) **PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, *(Debtor's name)* _____Maximo Arturo Arriola_____, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on: ____09/05/2023____.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 1    **F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| 4199 Ninth Street Riverside, CA 92501  * Counsel for Debtor and Lakeview Loan Servicing are currently in the process of working out an adequate protection order in conjunction with the pending Motion for Relief from Stay. Pursuant to those terms, the first ongoing mortgage payment would be due for the month of March. | Name of Creditor (printed): Lakeview Loan Servicing  (check one): [X] Deed of Trust/Mortgage [ ] Car loan [ ] Lease [ ] Other (specify): _____ | $2,189 | 3/1/2024* | 2/3/2024 |
|  | Name of Creditor (printed):  (check one): [ ] Deed of Trust/Mortgage [ ] Car loan [ ] Lease [ ] Other (specify): _____ |  |  |  |
|  | Name of Creditor (printed):  (check one): [ ] Deed of Trust/Mortgage [ ] Car loan [ ] Lease [ ] Other (specify): _____ |  |  |  |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                                              Page 2                                                              **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
|  | Name of Creditor *(printed)*:<br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*: |  |  |  |
|  | Name of Creditor *(printed)*:<br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*: |  |  |  |
|  | Name of Creditor *(printed)*:<br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*: |  |  |  |
|  | Name of Creditor *(printed)*:<br><br>*(check one)*:<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other *(specify)*: |  |  |  |

6.    ☐    *Continued on Attached Page.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                       Page 3                                       **F 3015-1.4.DEC.PRECONF.PYMTS**

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: _____02/26/2024_____    By: _____/s/ signature/_____
                                    Maximo Arturo Arriola
                                    Signature of Debtor 1

Date: _____     By: _____
                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                      Page 4                    F 3015-1.4.DEC.PRECONF.PYMTS