# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, February 27, 2024** | **Hearing Room 302** |

**1:30 PM**

**6:23-14028    Maximo Arturo Arriola**                                          **Chapter 13**

<u>Telephonic Hearing</u>

#20.00    CONT'D Confirmation of Chapter 13 Plan

FR. 12/5/23; 1/30/24

Susan Luong to appear by telephone (951)826-8038
Benjamin Heston to appear by telephone (951)290-2827  ✓ *Delito*
Nichole L Glowin to appear by telephone (714)848-7920 ext. 392
*Lakeview Loan Serving*

Docket    12

**Matter Notes:**

<u>Consent Calendar</u>

(  ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued to**  _3-19-24_  at 1:30 p.m.

**341(a)**       _____ at 9:00 a.m.

(  ) **Objection** to plan:    (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

(  ) without prejudice    (  ) Under § 109(g)

(  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, February 27, 2024** | **Hearing Room** 302 |

**1:30 PM**
**CONT...**    Maximo Arturo Arriola                                                                 **Chapter 13**

### Party Information

**Debtor(s):**

Maximo Arturo Arriola                    Represented By
                                          Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                       Pro Se