# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Wednesday, March 13, 2024**  **Hearing Room** **302**

**9:30 AM**
**6:23-14028**  Maximo Arturo Arriola  **Chapter 13**

Telephonic Hearing

#6.00   CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4199 9th Street, Riverside, CA 92501

FR. 1/24/24; 2/14/24

Kristin Zilberstein to appear by telephone (714)848-7920 ext. 375 ✓ *Movant*
Benjamin Heston to appear by telephone (951)290-2827

Docket   28

**Matter Notes:**

GRANTED: _____   DENIED: _____

APO: _____

*Ntc dis movant*

CONT'D. TO: 4-10-24 @ 9:30am

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. **NOTE** – the call-in information for telephonic appearances has changed. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Maximo Arturo Arriola    Represented By
                         Benjamin Heston