# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, March 19, 2024**                                                                 **Hearing Room    302**

**1:30 PM**
**6:23-14028**    Maximo Arturo Arriola                                                              **Chapter 13**

Telephonic Hearing

#21.00    CONT'D Confirmation of Chapter 13 Plan

**FR. 12/5/23; 1/30/24; 2/27/24**

Susan Luong to appear by telephone (626)616-5008 — *debtor*
Benjamin Heston to appear by telephone (951)290-2827 — *debtor*
Nichole L Glowin to appear by telephone (714)848-7920 ext. 392 — *Lakeview. Loss Mitig*

Docket    12

**Matter Notes:**

**Consent Calendar**

(  ) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

Duration _____

Payment $_____

(✓) **Continued to**    5-7-24    at 1:30 p.m.

341(a)    _____    at 9:00 a.m.

(  ) **Objection** to plan:    (  ) Withdrawn    (  ) Sustained    (  ) Overruled

(  ) **Case Dismissed**

(  ) without prejudice    (  ) Under § 109(g)

(  ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, March 19, 2024**        **Hearing Room**    **302**

---

1:30 PM
**CONT...    Maximo Arturo Arriola**        **Chapter 13**

| Party Information |

**Debtor(s):**

    Maximo Arturo Arriola        Represented By
                                                           Benjamin Heston

**Trustee(s):**

    Rod Danielson (TR)           Pro Se