# United States Bankruptcy Court
## Central District of California
Riverside
Scott Yun, Presiding
Courtroom 302 Calendar

**Wednesday, April 10, 2024**             **Hearing Room**    **302**

### 9:30 AM
**6:23-14028   Maximo Arturo Arriola**            **Chapter 13**

Telephonic Hearing

**#15.00**   CONT'D Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4199 9th Street, Riverside, CA 92501

FR. 1/24/24; 2/14/24; 3/13/24    *Kristen Zilberstein for Movant*

Nichole L Glowin to appear by telephone (714)848-7920 ext. 392
Benjamin Heston to appear by telephone (951)290-2827 ✓ *Debtor*

Docket   28

**Matter Notes:**

GRANTED: _____   DENIED: _____

APO: _____

CONT'D. TO: *Resolved by stip APO*

WITHDRAWN: _____

ORDER LODGED BY: _____

**Tentative Ruling:**

APPEARANCES REQUIRED. Appearances may be in person or by telephone. **NOTE** – the call-in information for telephonic appearances has changed. See Judge Yun's telephonic procedures on the court website for detailed information.

### Party Information

**Debtor(s):**

Maximo Arturo Arriola         Represented By
                                           Benjamin Heston