# United States Bankruptcy Court
## Central District of California
Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, May 7, 2024**　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　302**

<u>1:30 PM</u>
**6:23-14028**　　Maximo Arturo Arriola　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

　　　　　　　　　　　　　　Telephonic Hearing

　#16.00　　CONT'D Confirmation of Chapter 13 Plan

　　　　　FR. 12/5/23; 1/30/24; 2/27/24; 3/19/24

　　　　　Susan Luong to appear by telephone (626)616-5008　/ *debtor*
　　　　　Benjamin Heston to appear by telephone (951)290-2827　/ *debtor*
　　　　　Nichole L Glowin to appear by telephone (714)848-7920 ext. 392　/ *Lakeview*

　　　　　　　　　　Docket　　43

**Matter Notes:**

　　　　　　　　　　　**Consent Calendar**_____

　(　) **Confirmed** per trustee's recommendation  - Plan provisions: % to pay _____

　　　　　　　　　　　Duration _____

　　　　　　　　　　　Payment $_____

(✓) **Continued to** _6-11-24_ at 1:30 p.m.

　**341(a)**　　_____ at 9:00 a.m.

　(　) **Objection** to plan:　(　) Withdrawn　　(　) Sustained　　(　) Overruled

　(　) **Case Dismissed**

　　　　　(　) without prejudice　　(　) Under § 109(g)

　　　　　(　) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**
　- NONE LISTED -

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, May 7, 2024**  **Hearing Room  302**

**1:30 PM**
**CONT... Maximo Arturo Arriola**  **Chapter 13**

| Party Information |
|---|

**Debtor(s):**

Maximo Arturo Arriola    Represented By
    Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)    Pro Se