United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 23-14028-SY

Maximo Arturo Arriola                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                           User: admin                              Page 1 of 2
Date Rcvd: May 24, 2024                Form ID: r341z                           Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maximo Arturo Arriola, 4199 9th Street, Riverside, CA 92501-3101 |
| 41673360 | + | California Housing Finance Agency, 500 Capitol Mall Ste 1400 MS 955, Sacramento, CA 95814-4740 |
| 41673364 | | Portfolio Recovery Associates, P.O. Box 14067, Norfolk, VA 23518-0067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 25 2024 06:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 25 2024 06:49:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2024 06:48:00 | Lakeview Loan Servicing, LLC, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |
| 41673361 | | Email/Text: RASEBN@raslg.com | May 25 2024 06:48:00 | Chase Bank, c/o Robertson, Anschutz, & Schneid, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 41734456 | | Email/Text: BKBNCNotices@ftb.ca.gov | May 25 2024 06:49:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41673362 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 25 2024 06:48:00 | Lakeview Loan Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41754698 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 25 2024 06:48:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41673363 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2024 05:00:18 | Pinnacle Services Solutions, 4408 Milestrip Rd # 247, Blasdell, NY 14219-2553 |
| 41673365 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2024 06:48:00 | Quantum3 Group, as Agent for Katapult Group, PO Box 788, Kirkland, WA 98083-0788 |
| 41687623 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2024 06:48:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41673366 | | Email/PDF: ebn_ais@aisinfo.com | May 25 2024 05:11:14 | Verizon / American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: r341z | Total Noticed: 14 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Maximo Arturo Arriola bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor Lakeview Loan Servicing LLC bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Form r341z−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## RENOTICE CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Maximo Arturo Arriola

**BANKRUPTCY NO.** 6:23−bk−14028−SY

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9557
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
4199 9th Street
Riverside, CA 92501

**DEBTOR'S ATTORNEY:**
Benjamin Heston
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660

951−290−2827

**TRUSTEE:**
Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501

(951) 826−8000

Please take notice that the confirmation hearing has been reset for:

**Date:** June 18, 2024        **Time:** 01:30 PM
**Location:** 3420 Twelfth St., Crtrm 302, Riverside, CA 92501

Dated: May 24, 2024

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341z−r341 VAN−02) Rev. 05/2010                **52 / SM6**