| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>MAXIMO ARTURO ARRIOLA,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-14028-SY<br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY UNDER LBR 3015-1(p)**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order authorizing the Debtor to refinance the real property, described below, pursuant to the terms and conditions described herein.

1. Debtor's Chapter 13 Plan (Plan) was confirmed on: N/A

2. Debtor wishes to refinance the real property (Property) located at:
   4199 Ninth Street
   Riverside, CA 92501

   The Property is more particularly described in Exhibit "A" attached hereto.

   ☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                **F 3015-1.15.MOTION.REFI.RP**

3. Debtor requests authority to borrow the sum of approximately $400,000 from
   Lender Name: TO BE DETERMINED
   Address: _____

   Debtor also requests authority to execute a promissory note secured by a First deed of trust on the Property.

4. From the proceeds of this loan, the following encumbrances of record against the Property will be paid through escrow:
   a) Lakeview Loan Servicing - First Deed of Trust
   b) California Housing Finance Agency - Second Deed of Trust
   c) _____

5. After payment of the foregoing encumbrances and all costs of sale:
   [X] there will remain the approximate sum of TO BE DETERMINED; OR
   [ ] no proceeds will remain.

6. [X] (a) The chapter 13 trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:
       [X] 100% dividend to unsecured creditors; OR
       [ ] ____% dividend as indicated in the confirmed plan.
       After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.
   OR
   [ ] (b) The chapter 13 trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The refinance is in the best interest of the creditors.

7. The escrow is being processed by:
   Escrow company name: TO BE DETERMINED
   Address: _____

   Telephone: _____
   Facsimile: _____
   Escrow officer: _____
   Escrow number: _____

8. Supporting documents attached to this Motion are:
   a. Exhibit "A" – Legal Description with street address
   b. Exhibit "B" – Escrow Instructions and Documents
   c. Exhibit "C" – Estimated Closing Statement
   d. Exhibit "D" – Schedules I and J of the bankruptcy petition

9. Debtor agrees to provide to chapter 13 trustee a certified copy of the escrow closing statement within 14 days of the close of escrow as a condition to any approval of this motion.

Date: 05/17/2024

/s/Benjamin Heston
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 05/17/2024

[signature]
Debtor

Date: _____

Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          F 3015-1.15.MOTION.REFI.RP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY UNDER LBR 3015-1(P)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/28/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Nichole Glowin     bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 5/28/2024 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott H. Yun
3420 Twelfth Street
Suite 345 / Courtroom 302
Riverside, CA 92501-3819

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/28/2024 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Lakeview Loan Servicing
c/o Loan Care
3637 Sentara Way
Virginia Beach, VA 23452

Franchise Tax Board
Bankruptcy Section MS A340
Sacramento, CA 95812

California Housing Finance Agency
500 Capitol Mall, Ste 1400 MS 955
Sacramento, CA 95814

Quantum3 Group / Katapult Group
PO Box 788
Kirkland, WA 98083