# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, June 18, 2024**  Hearing Room  **302**

**1:30 PM**
**6:23-14028**   Maximo Arturo Arriola   **Chapter 13**

Telephonic Hearing

#33.00   CONT'D Confirmation of Chapter 13 Plan

FR. 12/5/23; 1/30/24; 2/27/24; 3/19/24;
5/7/24; 6/11/24

Susan Luong to appear by telephone (626)616-5008
Benjamin Heston to appear by telephone (951)290-2827  *Debtor*
Kristin Zilberstein to appear by telephone (714)848-7920 ext. 375

*Lakeview.
Loan Servicing*

Docket   43

**Matter Notes:**

Consent Calendar

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay _____

Duration _____

Payment $_____

( ) **Continued** to _____ at 1:30 p.m.

341(a) _____ at 9:00 a.m.

( ) **Objection** to plan:   ( ) Withdrawn   ( ) Sustained   ( ) Overruled

(✓) **Case Dismissed**

(✓) without prejudice   ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

| | |
|---|---|
| **Tuesday, June 18, 2024** | **Hearing Room 302** |

**1:30 PM**
**CONT...**    **Maximo Arturo Arriola**                                                                                            **Chapter 13**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Maximo Arturo Arriola                          Represented By
                                                                Benjamin Heston

**Trustee(s):**

Rod Danielson (TR)                              Pro Se