United States Bankruptcy Court

Central District of California

In re:  Case No. 23-14028-SY

Maximo Arturo Arriola  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2

Date Rcvd: Jun 21, 2024      Form ID: van150      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maximo Arturo Arriola, 4199 9th Street, Riverside, CA 92501-3101 |
| 41673360 | + | California Housing Finance Agency, 500 Capitol Mall Ste 1400 MS 955, Sacramento, CA 95814-4740 |
| 41673364 | | Portfolio Recovery Associates, P.O. Box 14067, Norfolk, VA 23518-0067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 22 2024 09:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 22 2024 09:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2024 05:45:00 | Lakeview Loan Servicing, LLC, ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, UNITED STATES 92606-3401 |
| 41673361 | | Email/Text: RASEBN@raslg.com | Jun 22 2024 05:45:00 | Chase Bank, c/o Robertson, Anschutz, & Schneid, 6409 Congress Ave Ste 100, Boca Raton, FL 33487-2853 |
| 41734456 | | EDI: CALTAX.COM | Jun 22 2024 09:43:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41673362 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 22 2024 05:45:00 | Lakeview Loan Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41754698 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 22 2024 05:45:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 41673363 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2024 05:55:34 | Pinnacle Services Solutions, 4408 Milestrip Rd # 247, Blasdell, NY 14219-2553 |
| 41673365 | | EDI: Q3G.COM | Jun 22 2024 09:43:00 | Quantum3 Group, as Agent for Katapult Group, PO Box 788, Kirkland, WA 98083-0788 |
| 41687623 | | EDI: Q3G.COM | Jun 22 2024 09:43:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41673366 | | EDI: AIS.COM | Jun 22 2024 09:43:00 | Verizon / American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Maximo Arturo Arriola bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Nichole Glowin | on behalf of Creditor Lakeview Loan Servicing  LLC bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Maximo Arturo Arriola

**BANKRUPTCY NO.** 6:23−bk−14028−SY

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−9557
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 6/21/24

**Address:**
4199 9th Street
Riverside, CA 92501

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 21, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150−od13a Rev. 06/2017

**58 / SM6**