| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>MAXIMO ARTURO ARRIOLA<br><br><br>Debtor(s) | Chapter: 13<br><br>Case Number: **6:23-bk-14028-SY**<br><br>CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE<br><br>[No Hearing Required] |
|---|---|

The Chapter 13 Trustee, having reviewed the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on **7/5/2024** as docket entry number **60** provides the following response to the Application:

☐   RECOMMENDED WITHOUT CONDITION.

☒   RECOMMENDED on the following conditions:

Counsel fails to provide a detailed description of the services performed in the form of a itemized billing statement or invoice that shows the time spent on each task. Additionally, the Debtor did not date his signature in his handwriting. Counsel did not serve the Debtor with the fee application. Therefore, the Trustee recommends only awarding $950 for Counsel's work on the Motion to Impose Automatic Stay. The Trustee has sufficient funds on hand to disburse the fees if awarded by the Court.

☐   NOT RECOMMENDED for the following reasons:

☐ See attached sheet

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE.

☐ SET FOR HEARING.

Respectfully submitted,

Dated: 07/11/2024

/s/ Rod Danielson
Signature

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:141 - 07/11/2024 - SJL
December 2017

Page 2

3015-1.11.TRUSTEE.COMMENT.FEES

| In re: **MAXIMO ARTURO ARRIOLA** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:23-bk-14028-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **07/11/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ben@nexusbk.com

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **07/11/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
MAXIMO ARTURO ARRIOLA
4199 9TH STREET
RIVERSIDE, CA 92501

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **07/11/2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/11/2024 | /s/ Susan Jones |
|---|---|
| Date | Signature |